# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

---

**CHAD DUCHARME,**

    **Plaintiff-Appellant**

vs.                                                No. 20-CV-356

**ANDREW SAUL,**                 Hon. Barbara B. Crabb
**Commissioner of Social Security,**    US District Judge

    **Defendant-Appellee.**

---

## MOTION IN FORMA PAUPERIS ON APPEAL

---

    Plaintiff, Chad DuCharme, by his attorney, Dana W. Duncan, **DUNCAN DISABILITY LAW, SC** submits notice that she is seeking the waiver of the filing fee herein by motion *in forma pauperis*. His circumstances remain unchanged since her filing *in forma pauperis* for his appeal with the Western District of Wisconsin.

    Dated this 28th day of June, 2021.

                                            **DUNCAN DISABILITY LAW, SC**

                                            /S/ Dana W. Duncan

                                            Dana W. Duncan
                                            555 Birch St
                                            Nekoosa, WI 54457
                                            (715) 423-4000
                                            State Bar Id: 01008917